**Dismissed and Opinion Filed October 21, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00066-CR

**CRAIG DICKEY, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F06-99720-L**

## MEMORANDUM OPINION
Before Justices FitzGerald, Fillmore, and Stoddart
Opinion by Justice Stoddart

Craig Dickey was convicted, upon the adjudication of his guilt, of aggravated sexual assault of a child and sentenced to twenty-five years' imprisonment. We adopted the trial court's finding that the trial court granted an agreed motion for new trial and the case remains pending.

An order granting a motion for new trial restores a case to is position before the former trial and there is no longer a judgment in place. *See* TEX. R. APP. P. 21.9(b); *Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.). Absent a judgment of conviction or other appealable order, this Court has no jurisdiction over an appeal. *See Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.).

We dismiss the appeal for want of jurisdiction.

/ Craig Stoddart/
CRAIG STODDART
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
140066F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CRAIG DICKEY, Appellant

No. 05-14-00066-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 5, Dallas County, Texas
Trial Court Cause No. F06-99720-L.
Opinion delivered by Justice Stoddart, Justices FitzGerald and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 21st day of October, 2014.